IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ERVIN PARKER<br><br>Plaintiff<br><br>vs<br><br>CARIBBEAN TRADERS INC.; JOSE MELENDEZ; MELENDEZ-DOE CONJUGAL PARTNERSHIP; JOHN DOES I-X<br><br>Defendants | CIVIL 12-1346CCC |

## JUDGMENT

Pursuant to the order of this same date, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of Ervin Parker and against Defendant Caribbean Traders, Inc. in the amount of $148,820.00 plus interest and costs pursuant to Fed. R. Civ. P. 55(b).

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 28, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge